# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-450
Lower Tribunal No. 2018-CA-003210-0001-XX

_____

CATHERINE M. PETERMAN and JOHN M. PETERMAN, JOSEPH R. BIONDO, Trustee or his Successors in Trust under the JOSEPH R. BIONDO REVOCABLE TRUST DATED AUGUST 21, 2006 and any amendments thereto, and PETER L. MAGUIRE,

Appellants,

v.

COMMERS ENTERPRISES, LLP, MOLLY'S MARINE SERVICE LLC, and AMERICAN SAND BLASTING, LLC,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Alex R. Figares and Edmond E. Koester, of Coleman, Yovanovich & Koester, P.A., Naples, for Appellants.

Kristie Hatcher-Bolin and Mark N. Miller, of GrayRobinson, P.A., Lakeland, and Jack Reiter, of GrayRobinson, P.A, Miami, and Adam M. Miller, of GrayRobinson, P.A., Orlando, for Appellee, Molly's Marine Service, LLC.

Katherine L. Sloan and Jennifer M. Marino, of Litchfield Cavo LLP, Tampa, for Appellee, Commers Enterprises, LLP.

No Appearance for Appellee, American Sandblasting, LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED